IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA A. JUBEC,<br>        Plaintiff,<br><br>        v.<br><br>JOANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>        Defendant. | Civil Action No. 05-831<br>Chief Judge Donetta W. Ambrose<br>Magistrate Judge Lisa Pupo Lenihan |

## MEMORANDUM ORDER

Plaintiff's Complaint was received by the Clerk of Court on June 17, 2005, and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates

The Magistrate Judge's Report and Recommendation (Doc. No. 14), filed on March 14, 2006 recommended that Plaintiff's Motion for Summary Judgment be denied, Defendant's Motion for Summary Judgment be granted, and the decision of the Commissioner of Social Security to deny Plaintiff's application be affirmed. Service was made on all counsel of record. No objections to the Report and Recommendation were filed. After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 7th day of Apr., 2006:

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is **DENIED**.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is **GRANTED**.

IT IS FURTHER ORDERED the decision of the Commissioner of Social Security to deny Plaintiff's application is **AFFIRMED**.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.

Donetta W. Ambrose
United States District Chief Judge

cc: All counsel of Record